

**SALANS**
ATTORNEYS AT LAW

Rockefeller Center, 620 Fifth Avenue, New York, NY 10020-2457, USA
Tel +1 (212) 632 5500  Fax +1 (212) 632 5555
www.salans.com

John J. Hay Partner
Direct Dial (212) 632 8457
Direct Fax (212) 307 3397
jhay@salans.com

[ELECTRONICALLY FILED 27 JUL 2010]

July 26, 2010

**SO ORDERED:**

*/s/ George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: 27 JUL 2010

**VIA FACSIMILE**

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  Mavi Management LLC v. Limited Liability Company "Investment Financial Company 'Metropol'" et al., 10 Civ. 4842

Dear Judge Daniels:

As we advised the Court on July 12, 2010, the parties in the above-referenced matter are engaged in settlement discussions. Those negotiations have been ongoing since and the parties believe that they are in the final stages of negotiating the specific drafts and fully anticipate that a settlement agreement will be finalized shortly.

In order to give time for the parties to finalize their negotiations, the parties to this action hereby submit a joint request to adjourn the return date for Petitioner's Order to Show Cause currently scheduled for August 3, until September 3, 2010 at 10 a.m. The parties jointly request that Respondents' time to serve papers in opposition to Petitioner's Order to Show Cause be extended until August 26, 2010 at 5 p.m., and, that Petitioner's time to serve reply papers be extended until September 2, 2010 at 5 p.m.

*/s/ Anthony M. Candido*

Anthony M. Candido
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
(212) 878-8000

*Attorneys for Respondents*

Respectfully yours,

*/s/ John J. Hay*

John J. Hay
SALANS LLP
620 Fifth Avenue
New York, New York 10020
(212) 632-5500

*Attorneys for Petitioner*

Salans LLP has offices, or is associated with Salans offices in:

ALMATY  BAKU  BARCELONA  BEIJING  BERLIN  BRATISLAVA  BUCHAREST  BUDAPEST  FRANKFURT  HONG KONG  ISTANBUL  KYIV  LONDON  MADRID  MOSCOW  NEW YORK  PARIS  PRAGUE  SHANGHAI  ST. PETERSBURG  WARSAW

Salans LLP is a Limited Liability Partnership registered in England and Wales with Registration Number OC 316822. Regulated by the Solicitors' Regulation Authority of England and Wales. A list of the members of Salans LLP and of the non-members who are designated as partners of Salans LLP and/or its affiliated entities is available at its Registered Office: Millennium Bridge House, 2 Lambeth Hill, London EC4V 4AJ, United Kingdom. See www.salans.com for further information.